1

2

3

4

5

6

7

8

9           **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11   SAMUEL TAYLOR, et al.,                    Case No. LA CV11-04420 JAK (JCGx)

12            Plaintiffs,

                                               **ORDER GRANTING STIPULATED**
13   v.                                        **DISMISSALS**

14   ASTRAZENECA PHARMACEUTICALS
     LP; ASTRAZENECA LP; ASTRA USA,
15   INC.; KBI SUB INC.; ASTRAZENECA,
     A.B.; ASTRAZENECA, PLC; and
16   ASTRAZENECA, UK LIMITED

17            Defendants.

18

19
         **ORDER GRANTING STIPULATED DISMISSALS**
20
         **WHEREAS** the parties have filed stipulated dismissals with prejudice for plaintiffs
21
     Samuel Taylor, George Teynor, Dauphine Thomas, Robert Thomas, Alfredene Thomas-Surgers,
22
     David C. Thompson, Shawn Tom, Permiller Tomlin, Deborah Tynes, Stephanie Ussery-McCarty,
23
     Linda Walker, Belinda Walls, Tina Warren, Lloyd Warriner, Arlo Westmoreland, Jr., Stanley
24
     Whitman, Steven Wiley, Tammy Willingham, Arwen Wilson, Robert Winstead, John
25
     Zimmerman, John Ziulkowski, Annette Garcia, Beverly Higginson, Patricia Rinaldi (represented
26
     by Laure Dupont, on behalf of the estate of Patricia Rinaldi), and Joshua Gilbert; and
27
         **WHEREAS** the Northern District of California, MDL and other courts have previously
28

                                            - 1 -

**Error! Unknown document property name.**

1   ordered the dismissal with prejudice of similar, stipulated plaintiffs in related Seroquel actions

2   and as part of settlements;

3   **IT IS ORDERED**, good cause existing, for the benefit of the Court, the parties, and

4   witnesses, in furtherance of the interest of justice, and pursuant to Federal Rule of Civil Procedure

5   41(a)(1)(A)(ii) that all Stipulated Dismissals with Prejudice as to Certain Plaintiffs previously

6   filed by the parties in the above-listed actions are GRANTED.  Specifically, the claims of

7   plaintiffs Samuel Taylor, George Teynor, Dauphine Thomas, Robert Thomas, Alfredene Thomas-

8   Surgers, David C. Thompson, Shawn Tom, Permiller Tomlin, Deborah Tynes, Stephanie Ussery-

9   McCarty, Linda Walker, Belinda Walls, Tina Warren, Lloyd Warriner, Arlo Westmoreland, Jr.,

10  Stanley Whitman, Steven Wiley, Tammy Willingham, Arwen Wilson, Robert Winstead, John

11  Zimmerman, John Ziulkowski, Annette Garcia, Beverly Higginson, Patricia Rinaldi (represented

12  by Laure Dupont, on behalf of the estate of Patricia Rinaldi), and Joshua Gilbert are hereby

13  dismissed with prejudice, thereby resolving their claims in the above case.

14

15  Dated: October 31, 2014                    By: _____

16                                                      John A. Kronstadt,
                                                        U.S. District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**Error! Unknown document property name.**